# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MADELYN THOMPSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>　　　　Defendant<br>_____ | )<br>)<br>)<br>)<br>) **Case No.: 2:13-cv-2892-MSG**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

      Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto

stipulate to the dismissal with prejudice and without cost to either party.


*/s/ Ross S. Enders*

Ross S. Enders, Esquire
Sessions, Fishman, Nathan & Israel
2303 Oxfordshire Road
Furlong, PA 18925
Phone: (215) 794-7207
Fax: (215) 794-5079
Email: rsenders@sessions-law.biz
Attorney for the Defendant

Date: November 14, 2013

*/s/ Craig Thor Kimmel*

Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email:kimmel@creditlaw.com
Attorney for the Plaintiff

Date: November 14, 2013

BY THE COURT:


_____

　　　　　　　　　　　　　　J.